UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-22-126 |
| | § | |
| DYLAN KINLOCK | § | |
| FELICIA GARZA | § | |

## MOTION TO UNSEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Assistant United States Attorney Jay Hileman, and respectfully moves this Honorable Court to unseal the Indictment and all other documents on file under this cause. These documents were originally sealed because the defendant was considered by the Government to be a risk of flight. Defendant Kinlock is now aware of this warrant and is under arrest in Orlando, Florida. Defendant Garza is not believed to be a risk of flight.

                                                                                      Respectfully submitted,

                                                                                      JENNIFER B. LOWERY
                                                                                      United States Attorney


By:        /s/   Jay Hileman
             Jay Hileman
             Assistant United States Attorney
             (713)567-9391